[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 25-11852

Non-Argument Calendar

_____

ROSEMONT BERKELEY LAKE,
Eos Real Estate Management,

Plaintiff-Appellee,

*versus*

NYASHA FISHER,
and All Other Occupants,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

2                    Opinion of the Court                    25-11852

D.C. Docket No. 1:25-cv-01096-JPB

————————————

Before BRANCH, GRANT, and BRASHER, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Nyasha Fisher, *pro se*, appeals from the district court's May 27, 2025, order remanding the case to Georgia state court. Because the order remanded the case for lack of federal subject matter jurisdiction, it is unreviewable on appeal. *See* 28 U.S.C. § 1447(c)-(d); *New v. Sports & Recreation, Inc.*, 114 F.3d 1092, 1095-96 (11th Cir. 1997) (concluding that a remand order based on lack of subject matter jurisdiction is unreviewable even when "clearly erroneous"); *Kircher v. Putnam Funds Tr.*, 547 U.S. 633, 641-42 (2006) (noting that a remand order pursuant to 28 U.S.C. § 1447(c) is unreviewable "no matter how plain the legal error in ordering the remand"). Further, the notice of removal did not cite 28 U.S.C. §§ 1442 or 1443 as a basis for removal.